UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BARBARA BRUNO and JOSEPH BRUNO,<br><br>Plaintiffs,<br><br>-against-<br><br>ZIMMER, INC., et al.,<br><br>Defendants. | CV 15-6129 (LDW) (AKT)<br><br>**DECLARATION OF**<br>**DONNA H. CLANCY, ESQ.** |

Donna H. Clancy, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an attorney for the Plaintiffs and, as such, I am fully familiar with the matters set forth herein. I submit this Declaration and the accompanying Exhibits in further support of Plaintiffs' motion for leave to amend Plaintiffs' Complaint, pursuant to F.R.C.P. 15(a).

2. A copy of Plaintiffs' Proposed Second Amended Complaint, is attached as Exhibit A.

3. A copy of the relevant pages of Dr. Douglas Petraco's deposition transcript dated June 22, 2016 is attached as Exhibit B.

4. A copy of the relevant pages of submission by Zimmer, Inc. to the FDA is provided under seal pursuant to the parties' Confidentiality Agreement marked confidential as Exhibit C.

1319081.2

5.     A copy of the relevant pages of Dr. Douglas Petraco's medical record of Plaintiff Barbara Bruno.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
          September 21, 2016

THE CLANCY LAW FIRM, P.C.

*Donna H. Clancy*
By DONNA H. CLANCY (DC0737)
Attorneys for Plaintiffs
*Barbara Bruno and Joseph Bruno*
40 Wall Street, 61st Floor
New York, New York 10005
(212) 747-1744
(646) 205-3856